IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

FILED
U.S DISTRICT COURT
2005 OCT 18 P 3: 30
DISTRICT OF UTAH
BY:
DEPUTY CLERK

| | |
|---|---|
| TERRY LUCAS, | Court No. 1:04CV 00162DB |
| Plaintiff, | |
| v. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| | Honorable Dee Benson |
| Defendant. | |

Based upon Defendant's Unopposed Motion To Remand and good cause appearing therefor,

IT IS HEREBY ORDERED that pursuant to sentence four of 42 U.S.C. § 405(g), this case is remanded to the Commissioner for further administrative proceedings. IT IS FURTHER ORDERED that judgment shall be entered in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in <u>Shalala v. Schaefer</u>, 509 U.S. 292, 296-302 (1993).

Accordingly, this action shall be dismissed.

DATED this 18 day of October, 2005.

BY THE COURT:

_Dee Benson_
Honorable Dee Benson
United States District Court